IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JIMMY B. HILL and MARY E. HILL,
Individually and as husband and wife,

      Plaintiffs,
vs.                                            CASE NO. 3:08cv433/RS-EMT

TEXAMERICAN FOOD BLENDING,
INC.; WRIGHT PHARMA, INC., a foreign
corporation; WRIGHT NUTRITION, INC.,
a foreign corporation; WRIGHT ENRICHMENT,
INC., a foreign corporation; WRIGHT
HOLDINGS, INC., a foreign corporation;
GLOBAL NUTRITION, LLC, a foreign
corporation; TEXAMERICAN FOOD
MARKETING, INC., a foreign corporation;
and TOTAL BODY ESSENTIAL NUTRITION,
INC., a foreign corporation,

      Defendants.
_____/

## ORDER

Before me is Texamerican Food Blending's Unopposed Motion For Stay Of Proceedings Pending Outcome Of Motion For Transfer Pursuant to 28 U.S.C. §1407 Pending Before Judicial Panel on Multi-District Litigation (Doc. 11).  I find that any prejudice to Plaintiffs because of a stay would be minimal and is outweighed by the requirements of judicial efficiency and economy and the likely burden and expense upon the Defendants.

**IT IS ORDERED** that all activity in this case is stayed until further order because of the Motion For Transfer And Coordination pursuant to 28 U.S.C. §1407 pending before the Judicial Panel on Multi-District Litigation.

**ORDERED** on October 10, 2008.

                                            /S/ Richard Smoak  
                                            **RICHARD SMOAK**  
                                            **UNITED STATES DISTRICT JUDGE**